UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA T., <br> Plaintiff, <br> v. <br> CAROLYN W. COLVIN, Acting Commissioner of Social Security,[1] <br> Defendant. | Case No. 3:24-cv-1640-WQH-JLB <br><br> **ORDER** |

HAYES, Judge:

On December 27, 2024, the parties filed a Joint Motion for Voluntary Remand Pursuant to Sentence Four, 42 U.S.C. § 405(g) (the "Joint Motion"). (ECF No. 10.)

IT IS HEREBY ORDERED that the Joint Motion (ECF No. 10) is granted. This case is hereby remanded to the Social Security Administration for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will remand the case to a different administrative law judge (the "ALJ") for a new decision. The Appeals Council will instruct the ALJ to take further action to complete the administrative record, as warranted. The Clerk of the Court is

---

[1] On November 30, 2024, Carolyn W. Colvin became the Acting Commissioner of Social Security and is automatically substituted as the defendant pursuant to Federal Rule of Civil Procedure 25(d).

directed to enter a final judgment in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner, and to close the case.

Dated: January 7, 2025

*[signature: William Q. Hayes]*
Hon. William Q. Hayes
United States District Court